IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RANDY W. MORGAN, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) MA/P |
| v. | ) No. 05-2541-MlP |
| | ) |
| SHELBY COUNTY GOVERNMENT, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING EXTENSION OF TIME TO ANSWER
### OR OTHERWISE RESPOND

For the reasons set forth in Defendant's Motion for Extension of Time to Answer or Otherwise Respond, and for good cause shown, the time for Defendant to answer or otherwise respond to the Complaint is hereby extended to and including September 28, 2005.

United States ~~District~~ Magistrate Judge

Date: August 29, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02541 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Herbert E. Gerson
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT